UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:09-CR-138(01)RM |
| | ) | |
| BRANDI PARKS | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on November 5, 2009 [Doc. No. 12]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Brandi Parks' plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 21 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED: __November 30, 2009__

                                                                                      /s/ Robert L. Miller, Jr.
                                                                                      Chief Judge
                                                                                      United States District Court